IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
|     Plaintiff, | :    C.A. No.: |
| v. | : |
| PETER D. STANLEY and NANCY R. STANLEY, | :    **JURY OF SIX DEMANDED** |
|     Defendants. | : |

## COMPLAINT

### PARTIES

1. The plaintiff, Cesar Ayllon-Flores resides at 3806 Frances Avenue, Wilmington, Delaware 19808.

2. The defendants, Peter D. Stanley and Nancy R. Stanley, are individuals who reside at 1137 Harford Town Drive, Abingdon, Maryland 21009.

### JURISDICTION

3. Paragraphs 1 through 2 are incorporated by reference.

4. Jurisdiction is conferred pursuant to 28 U.S.C. §1332(a)(1) and § 1332(c)(1) as the amount in controversy exceeds $75,000.00 and the action is between citizens of different states. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a), as this is the judicial district in which a substantial part of the events or omissions giving rise to this claim occurred.

### FACTUAL ALLEGATIONS

5. Paragraphs through 4 are incorporated by reference.

6. On or about July 15, 2005, the plaintiff, Cesar Ayllon-Flores, was working as an independent contractor, assisting the defendant, Peter Stanley, at a job site in Hockessin, Delaware, attempting to connect a trailer to a dump truck.

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

7. At the aforementioned time and place, the defendant, Peter Stanely, operating a dump truck, owned by the defendant, Nancy Stanley, suddenly and unexpectedly accelerated the dump truck backwards, causing the truck's ball/hitch to pin the top of plaintiff, Cesar Ayllon-Flores', left thumb between the ball/hitch and the trailer, severing the top of plaintiff's left thumb, resulting in serious personal injuries to the plaintiff, Cesar Ayllon-Flores.

## COUNT I
## CLAIM AGAINST PETER STANLEY

8. Paragraphs 1 through 7 are incorporated by reference.

9. The direct and proximate cause of the aforesaid accident was the negligence of the defendant, Peter Stanley, as follows:

(a) He operated a vehicle in a careless and imprudent manner, in violation of 21 Del. C. §4176(a);

(b) He failed to give full time and attention to the operation of the vehicle, in violation of 21 Del. C. §4176(b);

(c) He failed to maintain a proper lookout while operating the vehicle, in violation of 21 Del. C. §4176(b);

(d) He drove his vehicle in willful and wanton disregard for the safety of persons and property on said roadway, in violation of 21 Del. C. §4175(a);

(e) He failed to maintain and keep a proper lookout for persons and other vehicles in the area, in violation of the common law duty of care he had to others on the roadway, including the plaintiff, Cesar Ayllon-Flores;

(f) He failed to operate his vehicle as a reasonable and prudent person under the circumstances in doing the aforesaid acts set out in sub-paragraphs (a) through (e), in violation of the common law duty of care he had to others on the roadway, including the plaintiff, Cesar Ayllon-Flores;

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

    (g)    He was otherwise negligent.

10. At all times relevant to this litigation, Peter Stanley, was the agent, servant and/or employee of the defendant, Nancy Stanley. [DENIAL OF THIS ALLEGATION BY THE DEFENDANT MUST BE MADE BY AFFIDAVIT, PURSUANT TO 10 DEL. C. §3916.]

### COUNT II
### CLAIM AGAINST NANCY STANLEY

11. Paragraphs 1 through 10 are incorporated by reference.

12. The defendant, Nancy Stanley, was the owner of the vehicle operated by the defendant, Peter Stanley, at the time of the accident.

13. At all times relevant to this litigation, Peter Stanley, was the agent, servant and/or employee of the defendant, Nancy Stanley. [DENIAL OF THIS ALLEGATION BY THE DEFENDANT MUST BE MADE BY AFFIDAVIT, PURSUANT TO 10 DEL. C. §3916.]

14. The defendant, Nancy Stanley, is vicariously liable for the acts of her agent, servant and/or employee.

15. A proximate cause of the aforesaid collision was the negligence of the defendant, Nancy Stanley, by entrusting her vehicle to Peter Stanley, whom she knew or should have known would act in a manner likely to cause injuries to third persons.

16. Defendant, Nancy Stanley, by entrusting her vehicle to a person whom she knew or should have known would act in a manner likely to cause injuries to third persons, acted in a manner which constituted willful and wanton disregard for the safety of others, including the plaintiff.

17. Defendant, Nancy Stanley was otherwise negligent.

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

## COUNT III
## CLAIM OF CESAR AYLLON-FLORES

18. Paragraphs 1 through 17 are incorporated by reference.

19. As a direct and proximate result of the defendants' negligence, plaintiff, Cesar Ayllon-Flores, suffered personal injuries, both of a temporary and permanent nature, including, but not limited to: a partial amputation of the left thumb which later became infected and required partial amputation, and a hook nail deformity.

20. As a further result of his injuries, plaintiff, Cesar Ayllon-Flores, has experienced, continues to experience, and is likely to experience in the future, physical pain and suffering and discomfort.

21. As a further result of his injuries, plaintiff, Cesar Ayllon-Flores, has experienced, continues to experience, and is likely to experience in the future, emotional pain, suffering, anxiety and nervousness.

22. As a further result of the defendants' negligence, plaintiff, Cesar Ayllon-Flores, has incurred and may in the future incur, medical bills for the treatment of his injuries sustained in the accident.

23. As a further consequence of his injuries, the plaintiff, Robert Crowley, has been required to undergo prolonged medical treatment, including multiple surgeries and a partial amputation of the left thumb.

24. As a further consequence of defendants' negligence, the plaintiff, Cesar Ayllon-Flores, has suffered and may in the future suffer a loss of earnings and an impairment of earning capacity.

WHEREFORE, the plaintiff, Cesar Ayllon-Flores, prays that this Court enter judgment against the defendants, Peter Stanley and Nancy Stanley, jointly and severally, for all

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

compensatory and special damages and for the cost of this action, along with any other relief that this Court may deem proper.

                                DOROSHOW, PASQUALE,
                                KRAWITZ & BHAYA

By: /s/ Arthur M. Krawitz
ARTHUR M. KRAWITZ (2440)
MATTHEW R. FOGG (4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiffs

DATED: 3/1/06

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Cesar Ayllon-Flores

(b) County of Residence of First Listed Plaintiff: **New Castle, DE**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Arthur M. Krawitz, Matthew R. Fogg,
1202 Kirkwood Hwy., Wilmington, DE 19805

## DEFENDANTS
Peter D. Stanley and Nancy R. Stanley

County of Residence of First Listed Defendant: **Harford, MD**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act / ☐ 790 Other Labor Litigation / ☐ 791 Empl. Ret. Inc. Security Act / ☐ 870 Taxes (U.S. Plaintiff or Defendant) / ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332(a)(1) and §1332(c)(1)

Brief description of cause:
Personal injury due to auto accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 3/1/06
SIGNATURE OF ATTORNEY OF RECORD: /s/ M.H.F.

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____06____140___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

MAR 0 1 2006                    _Shane Hamlin_
(Date forms issued)             (Signature of Party or their Representative)

                                _Shane Handlin_
                                (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action