AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Cesar Ayllon-Flores

V.

Peter D. Stanley and
Nancy R. Stanley

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     40

TO: (Name and address of Defendant)

Nancy R. Stanley
c/o Secretary of State
State of Delaware
401 Federal St., Suite 4
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur M. Krawitz
Matthew R. Fogg
1202 Kirkwood Hwy.
Wilmington, DE  19805

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE     MAR 0 1 2006

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 8, 2006 at 3:30 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Kim Walsh of the Office of the Delaware Secretary of State, 401 Federal Street, Suite 4, Dover, Delaware 19901 - for Nancy R. Stanley, a non-resident defendant

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL n/a | SERVICES $45.00 | TOTAL $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 8, 2006
            Date

Signature of Server
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure