⌐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Cesar Ayllon-Flores

V.

Peter D. Stanley and
Nancy R. Stanley

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    ⌐ ⌐    ⌐ 4 0

TO: (Name and address of Defendant)

Peter D. Stanley
c/o Secretary of State
State of Delaware
401 Federal Street, Suite 4
Dover, DE   19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur M. Krawitz
Matthew R. Fogg
1202 Kirkwood Hwy.
Wilmington, DE   19805

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              MAR 0 1 2006

_____          _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

◦AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | March 8, 2006 at 3:30 P.M. |
| NAME OF SERVER (PRINT)  Jeffrey L. Butler | TITLE | process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): left copies thereof with Kim Walsh of the Office of the Delaware
Secretary of State, 401 Federal Street, Suite 4, Dover, Delaware 19901 - for
Peter D. Stanley, a non-resident defendant

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  n/a | SERVICES  $45.00 | TOTAL  $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 8, 2006        _____
                    Date            Signature of Server
                                    Legal Beagles, Inc.
                                    P.O. Box 886
                                    New Castle, Delaware 19720-0886
                                    _____
                                    Address of Server
                                    (302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure