# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

CESAR AYLLON-FLORES,                    :
                                        :        **C.A. No.: 06-140**
      Plaintiff,                        :
                                        :
v.                                      :
                                        :        **JURY OF SIX DEMANDED**
PETER D. STANLEY and NANCY R.           :
STANLEY,                                :
                                        :
      Defendants.                       :

## NOTICE OF SERVICE OF PROCESS AND COMPLAINT

Plaintiff, by and through his attorney, hereby files with this Court, in accordance with 10 Del. C. §3112, proof of receipt of notice by the defendant, Peter Stanley. Attached hereto as Exhibit "A" is the mailed transmission from the United States Postal Service evidencing receipt of the registered letter along with the actual receipt of mailing. The Affidavit of Matthew R. Fogg, Esquire, evidencing transmittal of said registered article is attached hereto as Exhibit "B". A copy of the actual notice sent to defendant, Peter D. Stanley, is attached hereto as Exhibit "C".

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ
ID# 2440
MATTHEW R. FOGG
ID# 4254
1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 3/23/06

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

*Caylron*
*TEH*

---

**Registered No.** RA 187490501 US

**Date Stamp**

| | |
|---|---|
| **Reg Fee** 7.90 | |
| **Handling Charge** $0.00 | **Return Receipt** 1.85 |
| **Postage** .39 | **Restricted Delivery** |
| **Received by** JR | |

*To Be Completed By Post Office*

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

ROCKY 505075 WIL...
14
05/14/2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited *(See Reverse)*

OFFICIAL USE

**FROM**
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

**TO**
Peter D. Stanley
1137 Harford Town Drive
Abingdon, Maryland 21009

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form 3806, **Receipt for Registered Mail**  *Copy 1 - Customer*
May 2004 (7530-02-000-9051)  *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter D. Stanley
1137 Harford Town Dr.
Abingdon, MD 21009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
NANCY STANLEY
C. Date of Delivery 3/16/06

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* RA 187 490 501 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CESAR AYLLON-FLORES, | : | |
| | : | **C.A. No.: 06-140** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **JURY OF SIX DEMANDED** |
| PETER D. STANLEY and NANCY R. STANLEY, | : | |
| | : | |
| Defendants. | : | |

STATE OF DELAWARE    :
                    : SS
COUNTY OF NEW CASTLE :

MATTHEW R. FOGG, ESQUIRE, being duly sworn according to law, deposes and says:

1. That Doroshow, Pasquale, Krawitz, & Bhaya represents the plaintiff in Civil Action No. 06-140 in which Peter Stanley is a defendant.

2. The notice required pursuant to 10 Del. C. §3112 was mailed, by registered mail, postage prepaid, return receipt requested, on March 14, 2006. The post office receipt obtained at the time of mailing the registered letter containing the notice is the receipt attached to this Affidavit.

3. The notice provided for in 10 Del. C. §3112 was contained in the envelope at the time it was mailed.

4. The return receipt signed by Nancy Stanley, a relative of Peter Stanley, was returned to the sender on March 16, 2006 and received on March 18, 2006.

                                       MATTHEW R. FOGG

SWORN TO AND SUBSCRIBED before me this 23ᶜᴰ day of MARCH, 2006.

                                       Notary Public

WENDY C. LANG
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 5, 2009

March 13, 2006

**PLEASE RESPOND TO:**
**Matthew R. Fogg, Esq.**
**1202 Kirkwood Highway**
**Wilmington, DE  19805**

Peter D. Stanley
1137 Harford Town Drive
Abingdon, Maryland 21009

**REGISTERED LETTER**
**RETURN RECEIPT REQUESTED**

RE:    Notice of Service of Process
Pursuant to 10 <u>Del</u>. <u>C</u>. §3112
***Cesar Ayllon- Flores v. Peter D. Stanley and Nancy R. Stanley***
<u>Case  No.: 06-140.</u>

Dear Mrs. Stanley:

This letter is to advise you that I represent Cesar Ayllon-Flores who has filed suit against you in the District Court of the State of Delaware with regard to an accident occurring on July 15, 2005. Enclosed you will find a copy of the Complaint filed with the District Court of the State of Delaware and a copy of the Summons, the original which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 <u>Del</u>. <u>C</u>. §3112, the Secretary of State has been appointed your agent for the acceptance of legal process in any civil action against you as a non-resident wherein you caused tortious injuries within the State of Delaware. Under the provisions of 10 <u>Del</u>. <u>C</u>. §3112, such service shall be the same legal force and validity as if served upon any non-resident personally within the State and such appointment of Secretary of State is irrevocable and binding upon you or your heirs.

If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be held against you in the District Court of the State of Delaware. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

Very Truly Yours,

MATTHEW R. FOGG, ESQ.

Enclosures
cc:    ***Cesar Ayllon-Flores***