IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | :   C.A. No.: 1:06-cv-140 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PETER D. STANLEY and NANCY R. STANLEY, | :   **JURY OF SIX DEMANDED** |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that on the __7th__ day of __June__ 2006, two copies of Plaintiffs' Response Pursuant to Federal Rule of Civil Procedure 26(a)(1) were hand-delivered to the following attorney of record at the address indicated:

Stacey L. Bonvetti, Esquire
Law Offices of Charles Coates
131 Continental Drive, Ste. 407
Newark, DE 19713

                                         DOROSHOW, PASQUALE
                                         KRAWITZ & BHAYA

                                 By: /s/ MATTHEW R. FOGG
                                      ARTHUR M. KRAWITZ (I.D. NO.: 2440)
                                      MATTHEW R. FOGG (I.D. NO.: 4254)
                                      1202 Kirkwood Highway
                                      Wilmington, DE   19805
                                      (302) 998-0100
                                      Attorneys for Plaintiff
                                      ArthurKrawitz@dplaw.com
                                      MattFogg@dplaw.com