UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>PETER D. STANLEY and NANCY R. STANLEY,<br><br>    Defendants. | )<br>)  C. A. NO.: 1-06-cv-140<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Stacey L. Bonvetti, Esquire, as attorney for Defendants, Peter D. Stanley and Nancy R. Stanley.

PLEASE ENTER the appearance of Louis J. Rizzo, Jr., Esquire as attorney for Defendants, Peter D. Stanley and Nancy R. Stanley.

_____
STACEY L. BONVETTI, ESQUIRE
CHRISTIANA EXECUTIVE CAMPUS
131 CONTINENTAL DRIVE
SUITE 407
NEWARK, DELAWARE 19713
(302) 292-6660
bonvets@nationwide.com

_____
Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

DATE: 6/14/06

## CERTIFICATION OF SERVICE

I, Louis J. Rizzo, Jr., **Esquire**, hereby certify that a true and correct copy or copies of the foregoing document(s):

**Substitution of Counsel**

were delivered by U.S. Mail First Class, on ___June 15_____, 2006, to:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

_____
Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

F:\2006\06nk00151\Substitution of Counsel.doc