## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § § § § § § § § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | | |
| v. | | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | | |
| Defendant. | | |

### NOTICE OF DEPOSITION

TO:    Arthur M. Krawitz, Esquire
         Matthew R. Fogg, Esquire
         Doroshaw Pasquale Krawitz & Bhaya
         1202 Kirkwood Highway
         Wilmington, DE 19805

        PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Cesar Ayllon-Flores on **Monday, October 2, 2006 at 10:00 a.m.** at the offices of Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801.

        REGER RIZZO KAVULICH & DARNALL LLP

        /s/ Louis J. Rizzo, Jr., Esquire
        Louis J. Rizzo, Jr., Esquire
        1001 Jefferson Plaza, Suite 202
        Wilmington, DE 19801
        (302) 652-3611
        Attorney for Defendant, Peter Stanley and Nancy Stanley

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § § § § § § § § § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | | |
| v. | | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | | |
| Defendant. | | |

### **CERTIFICATE OF SERVICE**

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 15th day of June, 2006 that a true and correct copy of the foregoing Notice of Deposition has been served by ECF/PACER, upon the following counsel of record:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshaw Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

                REGER RIZZO KAVULICH & DARNALL LLP

                /s/ Louis J. Rizzo, Jr., Esquire
                Louis J. Rizzo, Jr., Esquire
                1001 Jefferson Plaza, Suite 202
                Wilmington, DE 19801
                (302) 652-3611
                Attorney for Defendant, Peter Stanley and Nancy Stanley