# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| **CESAR AYLLON-FLORES**, | § |
| | §   C.A. No.: 1-06-cv-140 |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | § |
| | § |
| Defendant. | § |

## NOTICE OF RECORDS DEPOSITION

TO:   Arthur M. Krawitz, Esquire
     Matthew R. Fogg, Esquire
     Doroshaw Pasquale Krawitz & Bhaya
     1202 Kirkwood Highway
     Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned will take the records depositions of the following on Monday, July 3, 2006 in the offices of Louis J. Rizzo, Jr., Esquire, Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801:

Records Custodian of
Christiana Care Imaging
4751 Olgetown Stanton Road
Newark, DE 19713

Records Custodian of
J. Joseph Danyo, M.D.
3701 Kennett Pike, Suite 400A
Greenville, DE 19807

Records Custodian of
Orthopaedic Specialists, P.A.
1096 Old Churchman's Road
Newark, DE 19713

Records Custodian of
Dynamic Physical Therapy
4709 Kirkwood Highway
Wilmington, DE 19808

Records Custodian of
H.I.M.S.
Wilmington Hospital
501 W. 14th Street
Wilmington, DE 19899

Records Custodian of
X-Ray Associates
7234 Lancaster Pike
Hockessin, DE 19707

**REGER RIZZO KAVULICH & DARNALL LLP**

  /s/ Louis J. Rizzo, Jr., Esquire
_____
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants, Peter Stanley and Nancy Stanley

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | | |
| v. | § § | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | § § § § | |
| Defendant. | § | |

## **CERTIFICATE OF SERVICE**

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 15th day of June, 2006 that a true and correct copy of the foregoing Notice of Deposition has been served by ECF/PACER, upon the following counsel of record:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshaw Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

REGER RIZZO KAVULICH & DARNALL LLP

　/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants, Peter Stanley and Nancy Stanley