IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | :    C.A. No.: 06-140 TEH |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PETER STANLEY and NANCY STANLEY | : |
| | : |
| Defendants. | : |

### NOTICE OF DEPOSITION

TO:   Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
Darnell, LLP
1001 Jefferson Plaza
Suite 202
Wilmington, Delaware 19801

Please take notice that counsel for Plaintiff will take the deposition of Defendants Peter Stanley and Nancy Stanley on **Monday, October 2, 2006 beginning at 12:00 pm.** The deposition will be held in the office of counsel for the defense, Louis J. Rizzo, Jr., Esquire at the above listed address.

                                            DOROSHOW, PASQUALE,
                                            KRAWITZ & BHAYA

DATED: 6/19/06        By:    /s/ Matthew R. Fogg, Esquire
                                      ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                      MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                      1202 Kirkwood Highway
                                      Wilmington, DE 19805
                                      (302) 998-0100
                                      Attorneys for Plaintiff
                                      Arthurkrawitz@dplaw.com
                                      Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | :    C.A. No.: 06-140 TEH |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PETER STANLEY and NANCY STANLEY | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 19th day of JUNE, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Deposition

**PERSON**:

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
Darnell, LLP
1001 Jefferson Plaza
Suite 202
Wilmington, Delaware 19801

                                                DOROSHOW, PASQUALE,
                                                KRAWITZ & BHAYA

                                By:   /s/ Matthew R. Fogg, Esquire
                                      MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                      1202 Kirkwood Highway
                                      Wilmington, DE   19805
                                      (302) 998-0100
                                      Mattfogg@dplaw.com