# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | § | |
| v. | § § | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | § § § § | |
| Defendant. | § | |

## NOTICE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 20th day of June, 2006 that a true and correct copy of the foregoing Defendants' Interrogatories and Request for Production Directed to Plaintiff have been served by first class mail, postage prepaid, and ECF/PACER upon the following counsel of record:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshaw Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

REGER RIZZO KAVULICH & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant, Peter Stanley and Nancy Stanley