**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § | |
| | § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **PETER D. STANLEY** and **NANCY R.** | § | |
| **STANLEY**, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANTS' DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)**

A.     Identifies of Individuals likely to have knowledge of discoverable information that may be used to support the disclosing parties' claims of defenses.

    1.     Parties of this action

    2.     Plaintiff's healthcare providers

    3.     Representative of Nationwide Insurance Company

    4.     Miguel Mejia, Abingdon, Maryland

B.     Documents and things in the possession of counsel or other parties that may be used to support disclosing parties' claims or defenses.

    1.     Copies of Plaintiff's medical records.

    2.     Copies of photographs of Plaintiff.

C.     Identities of Experts and their opinions.

    1.     No experts have been retained to date.

D.     Insurance Agreement in Force

    1.     Nationwide Insurance Company bodily injury liability limits $100,000.00, PIP limits $5,000.00.

    2.     Policy documents to be supplied.

REGER RIZZO KAVULICH & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant, Peter Stanley and Nancy
Stanley

## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § | |
| | § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **PETER D. STANLEY** and **NANCY R.** | § | |
| **STANLEY**, | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 22nd day of June, 2006 that a

true and correct copy of the foregoing Disclosures Pursuant to Federal Rule of Civil Procedure

26(a)(1) has been served by ECF/PACER, upon the following counsel of record:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshaw Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

REGER RIZZO KAVULICH & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant, Peter Stanley and Nancy
Stanley