# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CESAR AYLLON-FLORES,                          :
                                              :     **C.A. No.: 1:06-cv-140**
     Plaintiff,                           :
                                              :
v.                                            :
                                              :     **JURY OF SIX DEMANDED**
PETER D. STANLEY and NANCY R.                 :
STANLEY,                                      :
                                              :
     Defendants.

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 30th day of June, 2006,

mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed

below:

    DOCUMENT:

      Plaintiff's Interrogatories Directed to Defendant, Peter D. Stanley
      Plaintiff's Request for Production Directed to Defendant, Peter D. Stanley
      Plaintiff's Interrogatories Directed to Defendant, Nancy R. Stanley
      Plaintiff's Request for Production Directed to Defendant, Nancy R. Stanley

    PERSON:

      Louis J. Rizzo, Jr., Esquire
      Reger Rizzo Kavulich & Darnall LLP
      1001 Jefferson Plaza, Suite 202
      Wilmington, Delaware 19801

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:  /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No.: 4254)
1202 Kirkwood Highway
Wilmington, DE   19805
(302) 998-0100
Attorneys for Plaintiff

DATED:  6-30-2006