IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>PETER D. STANLEY and NANCY R. STANLEY,<br><br>    Defendants. | C.A. No.: 1:06-cv-140<br><br><br>**JURY OF SIX DEMANDED** |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 5th day of July, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Responses to Defendants' Request for Production

PERSON:

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
      ARTHUR M. KRAWITZ (I.D. No.: 2440)
      MATTHEW R. FOGG (I.D. No.: 4254)
      1202 Kirkwood Highway
      Wilmington, DE   19805
      (302) 998-0100
      Attorneys for Plaintiff

DATED: 7-5-2006