IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| Plaintiff, | : C.A. No.: 1:06-cv-140 |
| v. | : |
| PETER D. STANLEY and NANCY R. STANLEY, | : **JURY OF SIX DEMANDED** |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Matthew R. Fogg, Esquire, hereby certify that I have this 21st day of July, 2006, had e-filed and mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Plaintiff's Request for Admissions Concerning Medical Bills Directed to Defendants, Peter and Nancy Stanley

Plaintiff's Request for Admissions Concerning Medical Records Directed to Defendants, Peter and Nancy Stanley

**PERSON:**

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg
ARTHUR M. KRAWITZ (ID No. 2440)
MATTHEW R. FOGG (ID No. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 7-21-2006