IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>PETER D. STANLEY and NANCY R. STANLEY,<br><br>    Defendants. | C.A. No.: 1:06-cv-140<br><br><br><br>**JURY OF SIX DEMANDED** |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 25th day of July, 2006, electronically filed and mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Answers to Defendants' Interrogatories

PERSON:

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801

                                                  DOROSHOW, PASQUALE,
                                                  KRAWITZ & BHAYA

                                  By:   /s/ MATTHEW R. FOGG_____
                                       ARTHUR M. KRAWITZ (I.D. No.: 2440)
                                       MATTHEW R. FOGG (I.D. No.: 4254)
                                       1202 Kirkwood Highway
                                       Wilmington, DE  19805
                                       (302) 998-0100
                                       Attorneys for Plaintiff

DATED: 7-25-2006