IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | :    C.A. No.: 1:06-cv-140 |
|    Plaintiff, | : |
| | : |
| v. | : |
| | :    **JURY OF SIX DEMANDED** |
| PETER D. STANLEY and NANCY R. STANLEY, | : |
| | : |
|    Defendants. | : |

## JOINT STATUS REPORT

1. **Jurisdiction and Service:**

    The parties concur that this Court has subject matter jurisdiction in this case. Service has been perfected as to all defendants.

2. **Substance of Action:**

    Plaintiff: Plaintiff seeks damages for pain, suffering, and medical bills as a result of injuries he sustained due to the negligence of defendants. Defendant, Peter Stanley, while operating a vehicle, pinned plaintiff's left thumb between a trailer hitch and defendant's truck resulting in partial amputation and hook nail deformity to plaintiff's left thumb. Plaintiff asserts a claim of negligence against defendant, Peter Stanley and negligent entrustment and agency claims against defendant, Nancy Stanley.

    Defendant: Defendants contend that they were not negligent. Defendants contend that Plaintiff's comparative negligence caused the accident. Defendants contest the nature and extent of Plaintiff's injuries.

3. **Identification of Issues:**

    Negligence, comparative negligence and extent of damages are at issue.

4. **Narrowing of Issues:**

    It is likely that the extent of injury will not be disputed. The most significant issues are negligence and comparative negligence.

5. **Relief:**

Plaintiff seeks damages for medical bills as well as damages for pain and suffering as a result of his injuries.

6. **Amendment of Pleadings:**

   None anticipated.

7. **Joinder of Parties:**

   None anticipated.

8. **Discovery:**

   Depositions of the parties have been scheduled. Written discovery has also been initiated. It is anticipated that discovery can be completed by March, 2007.

9. **Estimated Trial Length**

   The parties agree that this Trial can be completed in three days. Bifurcation of liability and damages is feasible in this case. Plaintiff has filed Requests for Admissions as to medical records and bills in order to expedite means of presenting evidence.

10. **Jury Trial**

    The parties have requested a Jury Trial.

11. **Settlement**

    Settlement negotiations took place prior to filing of the Complaint in this matter. The parties agree that referral to a Magistrate for Mediation is appropriate.

The parties hereby certify that they have conferred about the above-matters.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

_____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff
DATE: 9/7/06

REGER, RIZZO, KAVULICH
& DARNALL

_____
LOUIS J. RIZZO, JR. (#3374)
1001 N. Jefferson St., Ste. 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants

DATE: 9/7/06