**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | § § | |
| v. | § § | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | § § § § | |
| Defendant. | § | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David J. Soldo, Esquire on behalf of Defendants Peter D. Stanley and Nancy R. Stanley.

 

**REGER RIZZO KAVULICH & DARNALL LLP**

   /s/David J. Soldo, Esquire
David J. Soldo, Esquire (DE ID# 4309)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302)   652-3611
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § | C.A. No.: 1-06-cv-140 |
| Plaintiff, | § § | |
| v. | § § | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | § § § § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 14th day of September, 2006 that a true and correct copy of the foregoing Entry of Appearance have been served by ECF/PACER upon the following:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshaw Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

**REGER RIZZO KAVULICH & DARNALL LLP**

   /s/David J. Soldo, Esquire
David J. Soldo, Esquire (DE ID# 4309)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants