IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 06-140 TEH |
| v. | : |
| | : |
| PETER STANLEY and NANCY STANLEY | : |
| | : |
| Defendants. | : |

## NOTICE VACATING DEPOSITION

TO: Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
Darnell, LLP
1001 Jefferson Plaza
Suite 202
Wilmington, Delaware 19801

Please take notice that the deposition of Defendants **Peter Stanley and Nancy Stanley** scheduled for **Monday, October 2, 2006 beginning at 12:00 pm.** are hereby **VACATED.**

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

DATED: 9/29/06     By:   /s/ Matthew R. Fogg, Esquire
ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff
Arthurkrawitz@dplaw.com
Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

F:\PUBLIC\WORD\PLEADING\AYLLON-FLORES. CESAR –NOTICE VACATING DEPOSITION – STANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 06-140 TEH |
| v. | : |
| | : |
| PETER STANLEY and NANCY STANLEY | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 29th day of SEPTEMBER, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice Vacating Deposition

**PERSON**:

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
Darnell, LLP
1001 Jefferson Plaza
Suite 202
Wilmington, Delaware 19801

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:  /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Mattfogg@dplaw.com

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100