IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | :    C.A. No.: 06-140 TEH |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PETER STANLEY and NANCY | : |
| STANLEY | : |
| | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

TO:    Louis J. Rizzo, Jr., Esquire
          Reger, Rizzo, Kavulich & Darnell
          1001 Jefferson Plaza, Suite 202
          Wilmington, Delaware 19801

Please take notice that counsel for Plaintiff will take the deposition of Defendant Peter Stanley on **Friday, March 2, 2007 beginning at 11:00 a.m.**. The deposition will be held in the office of the undersigned located at 1202 Kirkwood Highway, Wilmington, Delaware.

                                      DOROSHOW, PASQUALE,
                                      KRAWITZ & BHAYA

DATED: 2/15/07        By:    /s/ Matthew R. Fogg, Esquire
                                          ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                          MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                          1202 Kirkwood Highway
                                          Wilmington, DE  19805
                                          (302) 998-0100
                                          Attorneys for Plaintiff
                                          Arthurkrawitz@dplaw.com
                                          Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

F:\PUBLIC\WORD\PLEADING\AYLLON-FLORES, CESAR –NOTICE OF DEPOSITION – STANLEY – 3-2-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CESAR AYLLON-FLORES, | : |
| | :     C.A. No.: 06-140 TEH |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PETER STANLEY and NANCY STANLEY | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 15th day of FEBRUARY, 2007 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Deposition

**PERSON**:

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich & Darnell
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801

                              DOROSHOW, PASQUALE,
                              KRAWITZ & BHAYA

                 By:    /s/ Matthew R. Fogg, Esquire
                           MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                           1202 Kirkwood Highway
                           Wilmington, DE   19805
                           (302) 998-0100
                           Mattfogg@dplaw.com