## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| **CESAR AYLLON-FLORES**, | § § § § § § § § § § § |
| Plaintiff, | |
| v. | C.A. No.: 06-140 TEH |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | |
| Defendants. | |

### RE-NOTICE OF DEPOSITION

TO:   Arthur M. Krawitz, Esquire
        Matthew R. Fogg, Esquire
        Doroshaw Pasquale Krawitz & Bhaya
        1202 Kirkwood Highway
        Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Cesar Ayllon-Flores on **Friday, March 2, 2007 at 10:00 a.m.** at the offices of Doroshow, Pasquale, Krawitz & Bhaya, 1202 Kirkwood Highway, Wilmington, DE 19805.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants
Peter Stanley and Nancy Stanley

Dated:  February 16, 2007
cc:     Corbett & Wilcox
        Para-Plus Translations, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CESAR AYLLON-FLORES**, | § § § § § § § § § § | C.A. No.: 06-140 (THE) |
| Plaintiff, | | |
| v. | | |
| **PETER D. STANLEY** and **NANCY R. STANLEY**, | | |
| Defendants. | | |

### CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 16th day of February, 2007 that a true and correct copy of the foregoing Re-Notice of Deposition has been served electronically by ECF/PACER, upon the following counsel of record:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshaw Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants
Peter Stanley and Nancy Stanley

Dated:   February 16, 2007