UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CESAR AYLLON-FLORES, | § § § | C.A. No.: 06-140 GMS |
| Plaintiff, | § § | |
| v. | § § | |
| PETER D. STANLEY and NANCY R. STANLEY, | § § § § | |
| Defendants. | § | |

### STIPULATION OF DISMISSAL

It is hereby STIPULATED by and between the parties that the above-captioned action is DISMISSED against Defendants, Peter D. Stanley and Nancy R. Stanley, with prejudice.

_____
Matthew R. Fogg, Esquire
Delaware State Bar I.D. No. 4254
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorney for Plaintiffs

Dated: 3/26/07

_____
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants

Dated: 3/29/07

IT IS SO ORDERED this ____ day of _____, 2007

_____
The Honorable Gregory M. Sleet